IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUMALI KATANI, | |
| Plaintiff, | Case No.: 1:24-cv-01050 |
| v. | Judge Jeremy C. Daniel |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 116 | kaka.big |
| 117 | specialwill.2018 |
| 118 | sellcentre2009 |
| 119 | specialsell4u |
| 120 | macrosale2016 |
| 107 | top_us59 |
| 8 | Abandi |
| 15 | Azuki-Fashion |
| 36 | YUANstore |
| 20 | HYQPAI |
| 37 | MSGBLAI |
| 19 | XIZAONG |
| 21 | jingxishangmaoyouxian |
| 49 | JELLYPENOYS |
| 111 | jt-homeware |
| 112 | easybuy-outlet |
| 179 | zgtank |
| 18 | SSPDMBCURT |
| 10 | JUBOPE |
| 34 | LovelyouUS |

1

| 80 | lilia_3329 |
|---|---|
| 81 | zhtata |
| 82 | Rory160 |
| 83 | whs6671 |
| 84 | tiqi60 |
| 86 | contea |
| 87 | zhon_4742 |
| 88 | lvllan1989 |
| 89 | ziqiu62 |
| 90 | yyy5640 |
| 93 | guhu-89 |
| 94 | kkuyedd |
| 82 | Rory160 |
| 85 | Summer2020 |
| 91 | fas20xx |
| 92 | September160 |
| 74 | EOPUING |
| 69 | GWAABD Clothing |
| 5 | Qinodel |
| 129 | chenguangming8946541 |
| 42 | Evava |

DATED: March 22, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 22, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                */s/ Keith A. Vogt*
                                                Keith A. Vogt