# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

JUMALI BIN KATANI,

       Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

       Defendants.

Case No.: 1:24-cv-01050

**Judge Jeremy C. Daniel**

**Magistrate Judge Jeffrey T. Gilbert**

## DEFAULT JUDGMENT ORDER

This action having been commenced by Plaintiff JUMALI BIN KATANI ("Katani" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Katani having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet appeared nor been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Katani having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Katani has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Katani's federally registered copyrights, which are protected by U.S. Copyright Registration Nos. VA 2-344-724; VA 2-345-540; VA 2-344-956; VA 2-344-966; VA 2-344-953; VA 2-344-974; VA 2-344-971; VA 2-344-726; VA 2-345-541; and VA 2-344-976 (the "Adam Lawless Works") to residents of Illinois. In this case, Katani has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase products using infringing versions of the Adam Lawless Works. *See* Docket No. [15], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its unauthorized goods to customers in Illinois bearing infringing versions of the Adam Lawless Works.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Katani's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Adam Lawless Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Adam Lawless product or not authorized by Katani to be sold in connection with the Adam Lawless Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Adam Lawless product or any other product produced by Katani, that is not Katani's or not produced under the authorization, control, or supervision of Katani and approved by Katani for sale under the Adam Lawless Works;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Katani, or are sponsored by, approved by, or otherwise connected with Katani; and

   d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Katani, nor authorized by Katani to be sold or offered for sale, and which bear any of Katani's copyrights, including the Adam Lawless Works, or any reproductions, infringing copies or colorable imitations.

2.    Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), eBay, Inc. ("eBay"), PayPal, Inc. ("PayPal"), Temu, LLC ("Temu"), Walmart Inc. ("Walmart"), and ContextLogic, Inc. d/b/a Wish.com ("WISH") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

> a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Adam Lawless Works; and
>
> b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Adam Lawless Works or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Adam Lawless product or not authorized by Katani to be sold in connection with the Adam Lawless Works.

3.    Upon Katani's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Adam Lawless Works.

4.    Pursuant to 17 U.S.C. § 504(c)(2), Katani is awarded statutory damages from each of the Defaulting Defendants in the amount of sixty thousand dollars ($60,000) for willful use of

infringing Adam Lawless Works on products sold through at least the Defendant Internet Stores.

5.  Any Third-Party Providers holding funds for Defaulting Defendants, including Amazon, eBay, PayPal, Temu, Walmart, and WISH, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6.  All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, eBay, PayPal, Temu, Walmart, and WISH, are hereby released to Katani as partial payment of the above-identified damages, and Third Party Providers, including Amazon, eBay, PayPal, Temu, Walmart, and WISH, are ordered to release to Katani the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.  Until Katani has recovered full payment of monies owed to it by any Defaulting Defendant, Katani shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.  In the event that Katani identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Katani may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Jumali Bin Katani and any e-mail addresses provided for Defaulting Defendants by third parties.

9.   To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

This is a Default Judgment.

Dated: 4/4/2024

_____

Jeremy C. Daniel
United States District Judge

# First Amended Schedule A

| No. | Defendants |
|---|---|
| 1 | 定安栩兆商贸 |
| 2 | Meiwei Department Store |
| 3 | Friendsdecor |
| 4 | gkxdedian |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | JINYIJIN |
| 12 | Hassembly |
| 13 | OhYounFashion |
| 14 | |
| 15 | |
| 16 | |
| 17 | JoanneCTwed |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | lifeinuoqin |
| 23 | Hiah |
| 24 | Art Tin Metal Sign Shop |
| 25 | CAGworld |
| 26 | Bestieship |
| 27 | 钧久科技 |
| 28 | long zhu tang |
| 29 | WKBH |
| 30 | SZVIVID |
| 31 | Ooboom |
| 32 | Telafaer |
| 33 | |
| 34 | |
| 35 | Cynagi |
| 36 | |
| 37 | |

| | |
|---|---|
| 38 | Best Gift 1268 |
| 39 | Autumn Tea Wall Art |
| 40 | Ногтевой сервис |
| 41 | WeanchLans Kr Inc |
| 42 | |
| 43 | 居东居 |
| 44 | zlnida |
| 45 | hjjluoge |
| 46 | jiangxue123 |
| 47 | liu yan Flying poster |
| 48 | cheneqqz191 |
| 49 | |
| 50 | Popbag |
| 51 | xinluoquzhankewenjudian |
| 52 | SHIRTPOT |
| 53 | Lyetny |
| 54 | Libalght |
| 55 | Zeus.LLC |
| 56 | zhangleiwaimao |
| 57 | Blervcyss |
| 58 | Yang Brilliant |
| 59 | JIan Ying |
| 60 | ESSTORE |
| 61 | 炫火科技 |
| 62 | yuchongqin098 |
| 63 | LMLYSoH |
| 64 | HHeiK |
| 65 | |
| 66 | |
| 67 | Royallove |
| 68 | Trouke |
| 69 | |
| 70 | |
| 71 | CHMORA |
| 72 | |
| 73 | |
| 74 | |
| 75 | |
| 76 | Clothing Wardrobe |
| 77 | |

| | |
|---|---|
| 78 | |
| 79 | XJone Store |
| 80 | |
| 81 | |
| 82 | |
| 83 | |
| 84 | |
| 85 | |
| 86 | |
| 87 | |
| 88 | |
| 89 | |
| 90 | |
| 91 | |
| 92 | |
| 93 | |
| 94 | |
| 95 | |
| 96 | |
| 97 | |
| 98 | |
| 99 | |
| 100 | |
| 101 | |
| 102 | |
| 103 | |
| 104 | |
| 105 | |
| 106 | |
| 107 | |
| 108 | DeArt Store |
| 109 | yehyeh |
| 110 | artssuppliesshop |
| 111 | |
| 112 | |
| 113 | Japan Ichiban Kuji |
| 114 | YIKES Store |
| 115 | nency-store |
| 116 | |
| 117 | |

| | |
|---|---|
| 118 | ████████████████ |
| 119 | ████████████████ |
| 120 | ████████████████ |
| 121 | liping29646 |
| 122 | frVUIzvN |
| 123 | DVHKKGCTXDRTZE |
| 124 | Shaozhicheng246 |
| 125 | Creative Fine |
| 126 | Ounereny Baby's |
| 127 | fencaixia5974 |
| 128 | tiansasongji |
| 129 | ████████████████ |
| 130 | balgaibna |
| 131 | Flowers Girls Shop |
| 132 | John Richardsong |
| 133 | gearden |
| 134 | The Crafty Cove |
| 135 | shovel |
| 136 | Cute Stickers For Kids |
| 137 | chenghuipinglkjl |
| 138 | neasjcydobey |
| 139 | WBXing |
| 140 | fangqiang306 |
| 141 | Y&P Mall |
| 142 | quanhaining |
| 143 | linshujiao |
| 144 | Evanges Shop Shoes |
| 145 | lishuzhen668 |
| 146 | wanglinboshop |
| 147 | lizhenzhen05 |
| 148 | chenwamzq |
| 149 | gensife |
| 150 | anqiudulingyin |
| 151 | OBMTLB |
| 152 | qqnlv1shop |
| 153 | chenxiuhuanshop |
| 154 | guancheng12138 |
| 155 | Shenandoah |
| 156 | qucaiyu45678 |
| 157 | leslie store |

| 158 | Fashion Wearing |
|-----|-----------------|
| 159 | chenshanyu1999 |
| 160 | lindanping1189 |
| 161 | Grenpoem Labiko |
| 162 | axineryfh |
| 163 | huankeai |
| 164 | Gongkangstore |
| 165 | nanyingxin12345 |
| 166 | Zaynah2 |
| 167 | Tee Beach |
| 168 | liyukun668 |
| 169 | peisife |
| 170 | TSM Store |
| 171 | limiao3571 |
| 172 | maodandan8314 |
| 173 | Leibaosy Baby's |
| 174 | jinminglei5217 |
| 175 | wangyiyan1314 |
| 176 | Lifefashion |
| 177 | Charm Sticker |
| 178 | GLAC WATER |
| 179 | █████████████ |
| 180 | chenlifen |
| 181 | Darling |
| 182 | JYTEREMEN |
| 183 | Baiqi Shop |
| 184 | Only love decorative painting |
| 185 | Fearless hippie |
| 186 | damoSHOP |